# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ANGELA WELCH, ) | |
| ) | **Civil Action File No.** |
| Plaintiff, ) | |
| ) | _____ |
| v. ) | |
| ) | *Removed from:* |
| TARGET CORPORATION, AND ) | State Court of Chatham County |
| XYZ CORPORATION NO. 1, ) | Civil Action No. STCV21-00474 |
| ) | |
| Defendants. ) | |

## DEFENDANT TARGET CORPORATION'S PETITION FOR REMOVAL

Pursuant to 28 U.S.C. § 1441, Defendant Target Corporation ("Target") hereby petitions this Court for removal of this action, entitled *Target Corporation and XYZ Corporation No. 1,* Civil Action File No. STCV21-00474, currently pending in the State Court of Chatham County, Georgia, to this Court, and shows this Honorable Court the following:

1.

This civil action was filed on March 10, 2021 by Plaintiff Angela Welch (the "Plaintiff") in the State Court of Chatham County, Georgia, said county being part of the Southern District of Georgia, Savannah Division. 28 U.S.C. § 90(c)(3). The

Savannah Division of this Court is the proper Division for this removal as further set forth below.

2.

The action is a civil action for personal bodily injuries and medical expenses, and this Court has subject matter jurisdiction by reason of the diversity of citizenship of the parties.  28 U.S.C. §§ 1441 and 1332.

3.

The amount in controversy exceeds $75,000.00, the statutory minimum amount, exclusive of interest and costs, as established by Plaintiff's special and general damages sought in her Complaint and evidenced by the Plaintiff's pre-suit demand.  True and correct copies of all process, pleadings, and orders served upon Target in this action are attached hereto collectively as Exhibit A.

4.

(a)     At the time of the commencement of this action in the State Court of Chatham County, upon information and belief, Plaintiff was and is now a citizen of and domiciled in Georgia.

(b)     Target, at the time the action was commenced and at the present time, was and still is a corporation, incorporated and existing under and by virtue of the

laws of Minnesota, having its principal place of business in Minnesota, and is deemed to be a citizen of Minnesota.

5.

Pursuant to 28 U.S.C. § 1441(b)(1), the existence of unidentified or "XYZ Corporation" defendant does not defeat diversity for removal purposes.

6.

Plaintiff alleges in her Complaint that due to the negligence of Target, Plaintiff Angela Welch was injured in a fall that occurred in Target's store located at 14065 Abercorn Street, Chatham County, Georgia 31419, on December 24, 2019. [Complaint ¶ 7, 14, 15].

7.

This civil action is based on a controversy between citizens of different states and, as outlined above, the amount in controversy exceeds $75,000.00. As such, this matter has become ripe for removal based on federal diversity jurisdiction.

8.

The instant *Petition for Removal* is being timely filed pursuant to and in accordance with 28 U.S.C. § 1446(b)(1), within thirty days of the service of process on Target, which service occurred on March 23, 2021.

9.

Further, the instant *Petition for Removal* is timely filed, pursuant to and in accordance with 28 U.S.C. § 1446(c)(1), within one year of the commencement of the action.

10.

Accordingly, this action, over which this Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1332, is removable to the United States District Court for the Southern District of Georgia, pursuant to 28 U.S.C. § 1441.

11.

Venue is proper in the Savannah Division of the United States District Court for the Southern District of Georgia pursuant to 28 U.S.C. § 1332. Specifically, Plaintiff's Complaint was filed in the State Court of Chatham County, which is part of the Savannah Division, pursuant to 28 U.S.C. § 90(c)(3) and 28 U.S.C. § 1441.

12.

As required by 28 U.S.C. § 1446(d), Target shall give written notice hereof to all adverse parties and shall file a copy of this *Petition for Removal* with the Clerk of the State Court of Chatham County.

WHEREFORE, Target requests that this action be removed from the State Court of Chatham County and proceed in this Court.

Respectfully submitted this the 22nd day of April, 2021.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,** | */s/ Cody McCollum* |
| **MOFFETT & BRIESKE, L.L.P.** | Matthew G. Moffett |
| 950 East Paces Ferry Road, N.E. | Georgia Bar No. 515323 |
| Suite 1700 – Salesforce Tower Atlanta | Cody M. McCollum |
| Atlanta, Georgia 30326 | Georgia Bar No. 119746 |
| Telephone:  (404) 870-7390 | *Attorneys for Defendant Target* |
| Facsimile:   (404) 870-1030 | *Corporation* |

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| ANGELA WELCH, | ) |
|     Plaintiff, | ) **Civil Action File No.** |
| | ) |
| v. | ) _____ |
| | ) |
| | ) *Removed from:* |
| TARGET CORPORATION, AND | ) State Court of Chatham County |
| XYZ CORPORATION NO. 1, | ) Civil Action No. STCV21-00474 |
| | ) |
|     Defendants. | ) |

**CERTIFICATE OF SERVICE AND COMPLIANCE WITH L.R. 5.1**

This is to certify that I have this day served the ***Defendant Target Corporation's Petition for Removal*** upon all counsel of record by electronic mail and depositing same in the United States mail in a properly addressed envelope with adequate postage thereon to:

William J. Degenhart, Esq.
**MORGAN & MORGAN**
25 Bull Street
Suite 400
Savannah, Georgia 31401
*Attorney for Plaintiff*

This is to further certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1.  It is prepared in Times New Roman 14-point font.

Respectfully submitted this the 22nd day of April, 2021.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**
950 East Paces Ferry Road, N.E.       */s/ Cody McCollum*
Suite 1700 – Salesforce Tower Atlanta   Matthew G. Moffett
Atlanta, Georgia 30326                Georgia Bar No.  515323
Telephone:  (404) 870-7390            Cody M. McCollum
Facsimile:   (404) 870-1030           Georgia Bar No. 119746
                                      *Attorneys for Defendant Target*
                                      *Corporation*