*Angela Welch v. Target Corporation et al*
*State Court of Chatham County, State of Georgia*
*Civil Action File Number:  STCV21-00474*

*Angela Welch v. Target Corporation et al*
*USDC, Southern District, Savannah Division*
*Civil Action File Number:  TBA*

# EXHIBIT A:  PETITION FOR REMOVAL

## ALL PLEADINGS FILED IN STATE COURT OF CHATHAM COUNTY

*Brian K. Hart* -Clerk of Court

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| ANGELA WELCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | STCV21-00474 |
| v. | ) | CIVIL ACTION NO.: STCV21-_____ |
| | ) | |
| TARGET CORPORATION, and XYZ | ) | |
| CORPORATION NO. 1, | ) | |
| | ) | **DEMAND FOR JURY TRIAL** |
| Defendants. | ) | |

## COMPLAINT AND DEMAND FOR TRIAL BY JURY

COMES NOW, Plaintiff ANGELA WELCH, and states her Complaint for Damages against

Defendants Target Corporation and XYZ Corporation No. 1, as follows:

## PARTIES AND JURISDICTION

1.

Plaintiff Angela Welch is a citizen and resident of the State of Georgia.

2.

The incident that is the subject of this cause of action occurred at Defendants' Target

department store located at 14065 Abercorn Street, Chatham County, Georgia 31419.

3.

Defendant Target Corporation (hereinafter "Target") is a for profit foreign corporation

authorized to do business in the State of Georgia, with its principal office located at 1000

Nicollett Mall, Minneapolis, Minnesota 55403.  Target is subject to the jurisdiction of this Court

as Target maintains offices and transacts business in Chatham County, Georgia, the county in

which this cause of action originated. Venue as to Target is proper in Chatham County, Georgia

pursuant to O.C.G.A. § 14-2-510 as the tortious conduct alleged herein occurred in Chatham

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 3/10/2021 1:10 PM

*Brian K. Hart* -Clerk of Court

County, Georgia. Target may be served by issuing Summons and a second original of this Complaint to its registered agent for service, CT Corporation System, 289 South Culver Street, Lawrenceville, Gwinnett County, Georgia 30046.

4.

Defendant XYZ Corp. 1, (hereinafter "XYZ 1") whose identity and whereabouts are currently unknown, is subject to the jurisdiction and venue of this Court. Defendant XYZ Corp. 1 will be named and served with Summons and Complaint once its identity is revealed.

5.

Venue in the present case is proper in Chatham County, Georgia.

## FACTUAL ALLEGATIONS

6.

Plaintiff realleges and incorporates herein by reference Paragraphs 1 through 5 above as if they were restated verbatim.

7.

At all times material hereto, Defendants owned and/or operated the property located at approximately 14065 Abercorn Street, Chatham County, Georgia 31419 (hereinafter "the Premises"), and as such possessed said property with the intent to occupy and control it and held it open to the public for business purposes.

8.

On December 24, 2019 Defendants were in legal possession of the Premises.

9.

On or about December 24, 2019, Defendants were operating a retail store, the Premises, at the aforementioned location.

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 3/10/2021 1:10 PM

*Brian K. Hart* -Clerk of Court

10.

On or about December 24, 2019, Plaintiff entered the Premises for the purpose of

shopping.

11.

On or about December 24, 2019, upon entering the Premises for the purpose of shopping

therein, Plaintiff assumed the legal status of an invitee as the term is defined under Georgia Law.

## COUNT I

### *Negligence of Defendants*

12.

Plaintiff realleges and incorporates herein by reference Paragraphs 1 through 11 above as

if they were restated verbatim.

13.

On or about December 24, 2019, Plaintiff was an invitee at the Premises.

14.

As Plaintiff was walking near the women's clothes section at the Premises, she slipped

and on a "J-Hook," causing her to fall to the ground in a split-like fashion.

15.

As a result of the aforementioned fall, Plaintiff suffered serious injuries.

16.

At all times relevant hereto, Defendants owned and/or managed and/or operated the

Premises and owed a legal duty of reasonable care to invitees to inspect and keep the premises in

a safe condition and to warn Plaintiff of hidden dangers or defects that were not discoverable in

the exercise of reasonable care.

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 3/10/2021 1:10 PM

*Brian K. Hart* -Clerk of Court

17.

At all times relevant hereto, Defendants, by and through their employees and/or agents, had actual and/or constructive knowledge of the J-Hook's presence on the floor prior to Plaintiff's fall.

18.

At all times relevant hereto, Plaintiff had no knowledge of the unsafe and dangerous condition of the floor of the Premises, and it was not discoverable by Plaintiff in the exercise of reasonable and ordinary care.

19.

At all times relevant hereto, Plaintiff exercised reasonable care for her own safety.

20.

At all times relevant hereto, Defendants breached their duty of reasonable care in one or more of the following manners:

a)      Defendants failed to inspect the Premises for dangerous conditions;

b)      Defendants failed to warn patrons of a dangerous condition they knew or should have known existed at the Premises; and

c)      Defendants failed to clean up said dangerous condition on the floor of the Premises when they knew or should have known said conditions existed.

21.

As a result of the foregoing, Defendants breached their legal duty to Plaintiff, in violation of O.C.G.A § 51-3-1.

22.

As a direct and proximate result of the aforesaid breaches of duty and negligence by

Defendants, Plaintiff slipped on a J-Hook on the floor and fell, suffering personal injuries.

Plaintiff has suffered damages in the approximate amount $51,232.52 in past medical expenses

in addition to future medical bills and past, present, and future physical pain and suffering.

<div align="center">23.</div>

By reason of the foregoing, Plaintiff is entitled to recover compensatory damages from

Defendants in an amount to be proven at trial.

<div align="center">**PRAYER FOR RELIEF**</div>

**WHEREFORE,** Plaintiff respectfully prays and demands as follows:

1.    That Process and Summons issue, as provided by law, requiring

Defendants to appear and answer Plaintiff's Complaint;

2.    That service be had upon Defendants as provided by law;

3.    That the Court award and enter a judgment in favor of Plaintiff and against

Defendants for compensatory damages in an amount to be proven at trial;

4.    That Plaintiff have a trial by a jury as to all issues; and

5.    That Plaintiff have such other and further relief as the Court may deem

just and proper.

This 10th day of March, 2021.

*/s/ William J. Degenhart*
William J. Degenhart
Georgia Bar No. 384018
*Attorney for Plaintiff*

**MORGAN & MORGAN**
25 Bull Street, Suite 400
Savannah, Georgia 31401
T: (912) 443-1000
F: (912) 443-1104
wdegenhart@forthepeople.com

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 3/10/2021 1:10 PM

*Brian K. Hart* -Clerk of Court

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☒ State Court of  CHATHAM  County

| For Clerk Use Only | |
|---|---|
| Date Filed __3/10/2021__ MM-DD-YYYY | Case Number __STCV21-00474__ |

**Plaintiff(s)**
WELCH, ANGELA

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Defendant(s)**
TARGET CORPORATION and

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| XYZ CORP NO. 1 | | | | |

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Plaintiff's Attorney** WILLIAM J. DEGENHART   **Bar Number** 384018   **Self-Represented** ☐

### Check One Case Type in One Box

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ☒ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____    _____
Case Number                Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.
_____
_____

Version 1.1.18

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| ANGELA WELCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | STCV21-00474 |
| v. | ) | CIVIL ACTION NO.: STCV21-_____ |
| | ) | |
| TARGET CORPORATION, and XYZ | ) | |
| CORPORATION NO. 1, | ) | |
| | ) | **DEMAND FOR JURY TRIAL** |
| Defendants. | ) | |

## <u>CERTIFICATION UNDER RULE 3.2</u>

Pursuant to Rules 3.2 and 3.4 of the Uniform Superior Court Rules and Local Rule _____ of the Eastern Judicial Circuit of Georgia, I hereby certify that no case has heretofore been filed in the State Court of the Eastern Judicial Circuit involving substantially the same parties or substantially the same subject matter or substantially the same factual issues which would require the Petition/Pleading to be specifically assigned to the Judge to whom the original action was or is assigned.

This 10th day of March, 2021.

**MORGAN & MORGAN**       /s/  *William J. Degenhart*
25 Bull Street, Suite 400        William J. Degenhart
Savannah, Georgia 31401      Georgia Bar No. 384018
(912) 443-1000                       *Attorney for Plaintiff*
wdegenhart@forthepeople.com

Pursuant to Rules 3.2 and 3.4 of the Uniform Superior Court Rules and Local Rule _____ of the Eastern Judicial Circuit of Georgia, I hereby certify that this Petition/ Pleading involves substantially the same parties or substantially the same factual issues as in Case No. _____.

_____  v.  _____

Filed in the Eastern Judicial Circuit of Georgia which, under Rule 3.2 of the Superior Court Rules require the Petition/Pleading be specifically assigned to the Judge to whom the original action was or is assigned.

_____
William J. Degenhart
Georgia Bar No. 384018

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 3/10/2021 1:10 PM

*Brian H. Hart* -Clerk of Court

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| ANGELA WELCH, | ) | |
| | ) | |
| Plaintiff, | ) | STCV21-00474 |
| | ) | |
| v. | ) | CIVIL ACTION NO.: STCV21-_____ _____ |
| | ) | |
| TARGET CORPORATION, and XYZ | ) | |
| CORPORATION NO. 1, | ) | |
| | ) | **DEMAND FOR JURY TRIAL** |
| Defendants. | ) | |

## <u>SUMMONS</u>

TO:    Target Corporation
       14065 Abercorn Street
       Chatham County, Georgia 31419

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of said Court and serve upon Plaintiff's attorney, William Jay Degenhart, Morgan & Morgan, 25 Bull Street, 4th Floor, Savannah, Georgia 31401, **an Answer to the Complaint** which is herewith served upon you **within 30 days after service** of this Summons and Complaint, exclusive of the day of service.  If you fail to do so, Judgment by default will be taken against you for the relief demanded in the Complaint.

Also served with the Complaint are Plaintiff's First Interrogatories to Defendant and Plaintiff's First Request for Production of Documents to Defendant.

This ___ day of _____, 2021.

_____
CLERK OF COURT

/s/ Joann Darden
_____
DEPUTY CLERK, State Court of Chatham County

 **CT Corporation**

**Service of Process Transmittal**
03/23/2021
CT Log Number 539256528

**TO:**    Sue Carlson
Target Corporation
1000 NICOLLET MALL
MINNEAPOLIS, MN 55403-2542

**RE:**    **Process Served in Georgia**

**FOR:**    Target Corporation  (Domestic State: MN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | ANGELA WELCH, PLTF. vs. Target Corporation and XYZ Corporation No. 1, DFTS. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # STCV2100474 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Lawrenceville, GA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/23/2021 at 10:58 |
| **JURISDICTION SERVED :** | Georgia |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/23/2021, Expected Purge Date: 03/28/2021<br><br>Image SOP<br><br>Email Notification,  Non Employee Litigation Target  gl.legal@target.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>289 S. Culver St.<br>Lawrenceville, GA 30046<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

SHERIFF'S ENTRY OF SERVICE  GWINNETT COUNTY SHERIFF

Civil Action No. STCV21-00474 _____

| | |
|---|---|
| Superior Court ☐ | Magistrate Court ☐ |
| State Court ☒ | Probate Court ☐ |
| Juvenile Court ☐ | |

Date Filed 01/08/2021 _____

Georgia, CHATHAM _____ COUNTY

ANGELA WELCH _____

Attorney's Address

William Jav Degenhart. Esa. _____

MORGAN & MORGAN.25 BULL ST.. 4TH _____

SAVANNAH. GA 31401 _____

_____
Plaintiff

VS.

Name and Address of Party to Served

TARGET CORPORATION c/o Reg. Agt. _____

CT Corporation System _____

289 South Culver Street _____

TARGET CORPORATION and XYZ CORP.

_____
Defendant

_____

Lawrenceville, Gwinnett County, Georgia 30046

_____
Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☐ I have this day served the defendant _____ personally with a copy
of the within action and summons.

**NOTORIOUS**
I have this day served the defendant _____ by leaving a
copy of the action and summons at his most notorious place abode in this County.

☐ Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION**
Served the defendant _____ a corporation
☑ by leaving a copy of the within action and summons with _____
In charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises
designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an
☐ envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice
to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
Diligent search made and defendant _____
☐ not to be found in the jurisdiction of this Court.

This _____ day of _____, 20 ___.

DEPUTY

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 3/31/2021 9:45 AM

SHERIFF'S ~~~~~~~~~ ERVICE  GWINNETT COUNTY SHERIFF

Civil Action No. STCV21-00474

|  | Superior Court ☐ | Magistrate Court ☐ |
|---|---|---|
|  | State Court ☒ | Probate Court ☐ |
|  | Juvenile Court ☐ |  |

Date Filed 01/08/2021

Georgia, CHATHAM COUNTY

Attorney's Address

William Jay Degenhart, Esq.

MORGAN & MORGAN, 25 BULL ST., 4TH

SAVANNAH, GA 31401

ANGELA WELCH

_____ Plaintiff

VS.

Name and Address of Party to Served

TARGET CORPORATION  c/o Reg. Agt.

CT Corporation System

289 South Culver Street

Lawrenceville, Gwinnett County, Georgia 30046

TARGET CORPORATION and XYZ CORP.

_____ Defendant

_____ Garnishee

## SHERIFF'S ENTRY OF SERVICE

### PERSONAL
I have this day served the defendant _____ personally with a copy
of the within action and summons.

### NOTORIOUS
I have this day served the defendant _____ by leaving a
copy of the action and summons at his most notorious place abode in this County.

Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of
defendant.

### CORPORATION
Served the defendant   Target Corporation  a corporation
by leaving a copy of the within action and summons with _____ Linda Banks
In charge of the office and place of doing business of said Corporation in this County.

### TACK & MAIL
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises
designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an
envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice
to the defendant(s) to answer said summons at the place stated in the summons.

### NON EST
Diligent search made and defendant _____
not to be found in the jurisdiction of this Court.

This  23  day of   Mar  , 20 21 .

DEPUTY _____

_____  Jim Carr  50300

Copy from re:SearchGA

*Brian K. Hart* —Clerk of Court

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

ANGELA WELCH,                          )
                                       )
    Plaintiff,                    )                    STCV21-00474
                                       )
v.                                     )    CIVIL ACTION NO.: STCV21-_____
                                       )
TARGET CORPORATION, and XYZ            )
CORPORATION NO. 1,                     )
                                       )    **DEMAND FOR JURY TRIAL**
    Defendants.                   )

<u>**PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT**</u>

COMES NOW, Plaintiff ANGELA WELCH (hereinafter "Plaintiff"), and serves upon

Defendant Target (hereinafter "Defendant") Plaintiff's First Interrogatories, to be answered

under oath and within forty-five (45) days from service hereof in accordance with O.C.G.A. § 9-

11-33.

These Interrogatories shall be deemed continuing so as to require supplemental answers if

you or your attorneys obtain further information between the time the answers are served and the

time of trial.   Any such supplemental answers are to be filed and served upon counsel for

Plaintiff within thirty (30) days from the receipt of such information, but not later than the time

of trial.

<u>**DEFINITIONS**</u>

When used in these Interrogatories, the term "Defendant," or any synonym thereof, is

intended to and shall embrace servants, representatives, private investigators, and others who are

in a position of or may have obtained information for or on behalf of Defendant.

As used in these Interrogatories, the following words and phrases have the meanings set

forth below.

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 3/10/2021 1:10 PM

*Brian H. Hart* -Clerk of Court

(1)   "You" and "your" means and refers to the Defendant to whom these Interrogatories are directed, and includes your agents, employees, insurance company and their agents and employees, your attorneys, investigators and anyone else acting on your or their behalf.

(2)     The term "document" means and includes all correspondence, writings, records, memoranda, drawings, graphs, charts, photographs, motion pictures, videotapes, videodisks, audiotapes or other sound recordings, books, ledgers, financial records, checks, drafts, receipts, forms prescribed by government agencies, computer tapes, computer disks, computer printouts, photocopies, microfilm, microfiche, and any other data, sound, or image compilation or recording from which information regarding the described transactions can be obtained, translated if necessary by respondent through appropriate and necessary devices into reasonably useable and intelligible form.

(3) "Person" includes any individual, corporation, partnership, government, or business entity, and group of persons associated in fact although not a legal entity.

(4) "Identify" means the following:

    (a) When used with respect to individuals, means to state the full name, address, telephone number, place of employment, job title and present whereabouts of such person;

    (b) When used with respect to persons other than individuals, as the term "persons" is identified in (3) above, means to state the full name, address and telephone number of such "person" together with the name, address, telephone number and job title of the employee, agent, servant or representative of such "person" who has knowledge of the particular facts or possession, custody or control of the particular documents of which discovery is sought;

Case 4:21-cv-00122-RSB-CLR   Document 1-2   Filed 04/22/21   Page 15 of 26
RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 3/10/2021 1:10 PM

*Brian K. Hart* —Clerk of Court

(c) When used with respect to documents, tangible objects, or other items of real or demonstrative evidence, means to list the items of which discovery is sought, describe them in specific detail (give an exhibit number for each if one has been assigned) and state the name, address and telephone number of the person who presently has possession, custody or control over each item of real or documentary evidence listed; and

(d) When used with respect to facts, circumstances or information, means to give a concise summary of the nature and substance of the facts, circumstances or information of which discovery is sought.

## INTERROGATORIES

1.

Identify the person or persons responding to these Interrogatories and all individuals that have provided assistance to you in responding to Plaintiff's First Interrogatories and Requests for Production of Documents.

2.

If you contend that Plaintiff has brought action against the wrong entity due to a misnomer, please state the complete name of the correct Defendant in this action; and further state whether you will accept service of an amended Summons and Complaint reflecting the information furnished by you in response to this Interrogatory.

3.

With particularity sufficient to satisfy O.C.G.A. § 9-11-26 (b)(2), please identify any policy or policies of liability insurance, including umbrella coverage, which would or might inure to the benefit of Plaintiff by providing for payment of a part of, or all of any judgment

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 3/10/2021 1:10 PM
*Brian K. Hart* -Clerk of Court

rendered in favor of Plaintiff against Defendant or against any other person, firm or corporation which is or may be liable to Plaintiff by reason of the incident described in the Complaint.

4.

Please identify all persons (including employees and other witnesses) who to you or your representatives' knowledge, information or belief:

(a)    Were eyewitnesses to the incident that gives rise to this lawsuit;

(b)    Have relevant knowledge concerning the incident that gives rise to this lawsuit, any issue of liability or the damages in connection with this lawsuit, who were not identified in sub-part (a);

(c)    Arrived at the scene of the occurrence complained of in this action immediately or shortly after its occurrence; and

(d)    Assisted Plaintiff after her fall at your Premises on December 24, 2019.

5.

Please identify all persons who have given written or recorded statements covering the facts and/or circumstances of the incident which is the subject matter of this litigation, and state the name of each person, the name and address of the person or entity taking each statement, the date each statement was taken, and the name and address of each person having possession, custody or control of each statement.

6.

Please identify any photographs, diagrams or other pictorial representations concerning the events and happenings alleged in Plaintiff's Complaint.

7.

Please identify each person (whether your employee or a claims adjuster, etc.) who has

*Brian K. Hart* -Clerk of Court

made an investigation or study of the subject incident or location at Defendant's Premises.

8.

With particularity sufficient to satisfy O.C.G.A. § 9-11-26 (b)(4), please identify all persons (whether your employees or not) whom you expect to call or may call as an expert witness upon the trial of this matter.

9.

Identify each person employed by Defendant who was working at Target Store, located at 14065 Abercorn Street, Chatham County, Georgia 31419 (hereinafter "the Premises") on the date of the incident described in the Complaint.

10.

To your information or belief, has there been any surveillance, photographs or videos of *any* party? If so, identify what party was photographed or videoed, and identify all persons who now have or have had custody and/or control of any records, tapes, films or other recording of such surveillance.

11.

Please identify each individual who was responsible for the maintenance and/or inspections of the floors on December 24, 2019 at the Premises.   Were these person(s) employees or agents of Defendant?  If not, please identify what entity employed them at the time of Plaintiff's fall.

12.

State each and every fact upon which you rely for each affirmative defense in your Answer to Plaintiff's Complaint.

Case 4:21-cv-00122-RSB-CLR   Document 1-2   Filed 04/22/21   Page 18 of 26
RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 3/10/2021 1:10 PM

*Brian K. Hart* -Clerk of Court

13.

Identify any and all persons known to Defendant who have fallen at the Premises at any time from January 1, 2016 to the present day.

14.

In reference to the individual(s) identified in the previous Interrogatory, please state the following:

(a)     The cause of the fall;

(b)     Whether any incident report was prepared;

(c)     The information contained in such incident report;

(d)     The name, addresses, home telephone numbers, present place of employment, work telephone numbers, job titles, and present whereabouts of any and all persons having knowledge regarding said fall.

15.

Please identify any and all changes that have been made to your policies and/or procedures concerning inspection of the floors at the Premises since December 24, 2019.

16.

Do you contend that the injuries complained of in this case were caused by the negligence of any party other than Defendant or Defendant's agents and servants?   If your answer is yes, please identify:

(a)     The party whom you contend was guilty of such negligence;

(b)     Every act of negligence which you claim was committed by such party or his agents and servants and which you contend proximately caused or contributed to the injuries complained of in this case;

Case 4:21-cv-00122-RSB-CLR   Document 1-2   Filed 04/22/21   Page 19 of 26
RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 3/10/2021 1:10 PM

*Brian K. Hart* -Clerk of Court

(c)     Each and every fact and reason upon which you base your contentions; and

(d)     Each and every person who has any knowledge or information concerning each such fact.

17.

Please state whether you, or anyone acting on your behalf, had any knowledge or information, of any nature whatsoever, that any condition existed at the subject Premises which could cause or contribute to the occurrence alleged in Plaintiff's Complaint.  If so:

(a)     State the date you acquired such knowledge and/or information;

(b)     State what knowledge and/or information you had;

(c)     Identify the person or persons who made such knowledge and/or information known to you;

(d)     State whether any remedial and/or corrective action was taken based upon such knowledge;

(e)     Identify the person who took any such remedial and/or corrective action, and state the date thereof; and

(f)     Identify any documents relating to such condition and/or corrective action.

18.

Please identify any inherent aspect of the subject Premises where Plaintiff fell, which you believe posed a risk of physical injury to persons.   As to each such fact or circumstance identified:

(a)     State when you were apprised of such inherent risk of danger; and

(b)     Identify all documents relating to such fact or circumstance.

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 3/10/2021 1:10 PM

*Brian H. Hart* -Clerk of Court

19.

Please identify any and all other similar incidents or allegations for which any person has complained (either by letter, email, or verbally) of a fall due to foreign objects on the floor involving Defendant and/or its agents, occurring from January 1, 2016 through the present day.

20.

Please  identify any and all other similar incidents or allegations for which you have prepared an incident report concerning any person who has complained of a fall due to foreign objects on the floor involving Defendant and/or its agents, occurring from January 1, 2016 through the present day.

21.

Please identify any and all other similar incidents or allegations for which any person has filed an insurance claim against Defendant and related to falls at the Premises, occurring from January 1, 2016 through the present day.

22.

Please identify any and all other similar incidents or allegations for which a patron or employee has filed a lawsuit against Defendant related to falls at the Premises, from January 1, 2016 through the present day.

23.

Identify any and all incident reports and/or documentary writings made by you concerning the incident at issue.

24.

Identify all instructions and documents created by you since December 24, 2019, concerning maintenance and/or inspections of the floors at the Premises.

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 3/10/2021 1:10 PM

*Brian K. Hart* -Clerk of Court

25.

Identify any and all safety manuals and written procedures effective after December 24, 2019, concerning maintenance and/or inspection of the floors at the Premises.

26.

Please state whether, in compiling your answers to these Interrogatories, you have made a reasonable and diligent effort to identify and provide not only such facts as are within your personal knowledge, but such facts as are also reasonably available to you and/or any person acting on your behalf.

These Interrogatories are served upon you together with Plaintiff's Complaint.

This 10th day of March, 2021.

/s/ *William J. Degenhart*
William J. Degenhart
Georgia State Bar No. 384018
*Attorney for Plaintiff*

**MORGAN & MORGAN**
25 Bull Street, Suite 400
Savannah, Georgia 31401
T: (912) 443-1000
F: (912) 443-1104
wdegenhart@forthepeople.com

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

ANGELA WELCH,                             )
                                          )
        Plaintiff,                        )                    STCV21-00474
                                          )
v.                                        )  CIVIL ACTION NO.: STCV21-_____
                                          )
TARGET CORPORATION, and XYZ               )
CORPORATION NO. 1,                        )
                                          )  **DEMAND FOR JURY TRIAL**
        Defendants.                       )

## PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT

COMES NOW, Plaintiff ANGELA WELCH (hereinafter "Plaintiff"), and hereby requests that Defendant TARGET (hereinafter "Defendant") produce for inspection and copying the following documents in the possession, custody, or control of Defendant and its representative pursuant to O.C.G.A. § 9-11-34 within forty-five (45) days from the date of service hereof to Plaintiff's attorney of record, William J. Degenhart, at the Law Firm of Morgan & Morgan, P.A., 25 Bull Street, Suite 400, Savannah, Georgia 31401, or at such other time, date, and location agreed to by counsel for Defendant and the undersigned counsel, and to serve a written response hereto within forty-five (45) days from the date of service hereof.

## DEFINITIONS

If a privilege is claimed as to any documents covered by this Request for Production, Plaintiff asks that each document to which privilege is claimed be identified with such particularity and in such a manner that the Court, and not counsel unilaterally, may determine whether the document is indeed entitled to privileged status. As used herein, the terms listed below mean the following:

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 3/10/2021 1:10 PM

*Brian K. Hart* -Clerk of Court

1. "Document" means every writing, electronic data or file, printing, record, graphic, photographic or sound reproduction of every type and description that is in your possession, control, custody and knowledge, including but not limited to correspondence, memoranda, agreements, minutes, assignments, records, stenographic and handwritten notes, diaries, notebooks, account books, orders, invoices, notices, statements, bills, files, checks, check stubs, account ledgers, maps, charts, diagrams, analyses, books, pamphlets, work sheets, data sheets, statistical compilations, data cards, microfilms, computer records (including printouts, floppy discs or other magnetic storage media), e-mails, tapes, photographs, pictures, recordings (both voice and videotape) and all copies of such documents, writings or records when such copies contain any commentary or notation whatsoever that does not appear on the original.

2. "Person" means any natural person, organization, corporation, partnership, proprietorship, association, group of persons, or any governmental body or subdivision thereof.

3. If you contend that any documents are privileged or protected by the attorney work product doctrine, please produce a Privilege Log for those documents.

## <u>DOCUMENT REQUESTS</u>

1.

Each and every document, tangible object, or other item of real, demonstrative or documentary evidence which provides any and all factual support for each defense asserted by you in your Answer to Plaintiff's Complaint.

2.

Any and all photographs, videos, drawings, maps or sketches of the scene of the incident.

3.

Any surveillance photographs, CCTV footage and/or movies or videotapes made of

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 3/10/2021 1:10 PM

*Brian K. Hart* -Clerk of Court

Plaintiff.

4.

Each and every insurance agreement under which any person carrying on an insurance business may be liable to you to satisfy part or all of any judgment which may be entered in this action or to indemnify or reimburse you for any payments made to satisfy such judgment.

5.

Each and every document comprising a report made by any person, firm, association or other entity (including insurance adjusters and management at Target) that has conducted any investigation to determine any of the facts pertaining to any of the issues in this action.

6.

Each and every document comprising a report made by any person you expect to call as an expert witness on the trial of this case.

7.

Each and every document relating to any facts or information about the subject matter of this action furnished by you to any expert you expect to call as an expert witness on the trial of this case.

8.

Each and every document relating to any written or recorded statement inquired about in Interrogatory No. 5 of Plaintiff's First Interrogatories propounded to you.

9.

All statements previously made by Plaintiff concerning the subject matter of this action.

10.

All documents that discuss, review, explain, outline, and/or define Defendant's

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 3/10/2021 1:10 PM

*Brian K. Hart* -Clerk of Court

procedure(s) for reporting, taking and/or filing incident reports, <u>effective</u> December 24, 2019.

11.

All documents that discuss, review, explain, outline, and/or define Defendant's procedure(s) for reporting, taking and/or filing incident reports, <u>effective after</u> December 24, 2019.

12.

The safety policies, manuals, standards, guidelines, handbooks, memos and procedures effective December 24, 2019, for Target, including, but not limited to, any references to procedures for maintenance and/or inspection of the floors.

13.

The safety policies, manuals, standards, guidelines, handbooks, memos and procedures effective after December 24, 2019 for Target, including, but not limited to, any references to procedures for maintenance and/or inspection of the floors.

14.

A blank copy of the incident report used by Defendant for documenting and reporting Plaintiff's fall at the subject Premises on December 24, 2019.

15.

A fully legible copy of the incident report completed by you regarding Plaintiff's fall at the subject Premises on December 24, 2019.

16.

Any and all documents that relate to any firings, reprimands, suspensions, punishments, complaints, grievances, allegations, denials of any and all of your employees, or agents, who allegedly, or actually, failed to properly inspect the floors at the subject Premises from January 1,

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 3/10/2021 1:10 PM

*Brian K. Hart* -Clerk of Court

2016 through the present day.

17.

Any and all warnings you contend you provided, either verbally or by signage, with respect to the procedure for the proper placement of signs for hazardous conditions at the subject Premises prior to Plaintiff's fall on December 24, 2019.

18.

A copy of all witness and employee statements gathered in conjunction with the incident report completed by you and regarding Plaintiff's fall at the subject premises on December 24, 2019.

19.

A copy of all performance reviews and employee records of any and all employees that were working on the date of the incident in suit.

20.

Any documents responsive to your answers to Plaintiff's First Interrogatories.

This Request for Production of Documents is served upon you together with Plaintiff's Complaint.

This 10th day of March, 2021.

<div style="margin-left: 40%;">

*/s/ William J. Degenhart*
William J. Degenhart
Georgia State Bar No. 384018
*Attorney for Plaintiff*

</div>

**MORGAN & MORGAN**
25 Bull Street, Suite 400
Savannah, Georgia 31401
T:  (912) 443-1000
F:  (912) 443-1104
wdegenhart@forthepeople.com