IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ANGELA WELCH, | |
| Plaintiff, | CIVIL ACTION NO.: 4:21-cv-122 |
| v. | |
| TARGET CORPORATION; and XYZ CORPORAATION NO. 1, | |
| Defendants. | |

**O R D E R**

On May 15, 2023, Plaintiff's counsel advised the Court that the parties have reached a settlement of this matter and that they are working to finalize the formal settlement documents and intend to file a joint stipulation of dismissal thereafter. (Doc. 58.) Accordingly, the Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this action, see Heape v. Flanagan, No. 6:07-CV-12, 2008 WL 2439736 (S.D. Ga. June 9, 2008), and the deadlines set forth in the Trial Preparation Scheduling Order, (doc. 47), are hereby **STAYED**.

Within forty-five (45) days of the date this Order is entered, the parties—if they wish— may present a dismissal judgment, pursuant to Federal Rule of Civil Procedure 41(a)(2), incorporating the terms of their settlement, so the Court may retain jurisdiction to enforce the agreement. In the alternative, the parties may simply file a joint stipulation of dismissal. If the

parties fail to file a dismissal (or, if necessary, move to reopen the case) within forty-five (45) days, the Court will *sua sponte* dismiss the case with prejudice.  Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381–82 (1994).

**SO ORDERED**, this 30th day of May, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA